IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICHARD WILLIFORD**                                                    **PLAINTIFF**

v.                      **CASE NO. 4:16CV00838 BSM**

**FAULKNER COUNTY DETENTION CENTER, et al.**           **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 6] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Richard Williford's amended complaint [Doc. No. 5] is dismissed without prejudice for failure to state a claim upon which relief may be granted. Dismissal of this action constitutes a strike within the meaning of the Prison Litigation Reform Act (PLRA). *See* 28 U.S.C. § 1915(g). Finally, an *in forma pauperis* appeal from the order and judgment dismissing this action will not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 23rd day of February 2017.

                                                               /s/ Brian S. Miller
                                                     UNITED STATES DISTRICT JUDGE